AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Headwater Research LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-00156-JRG-RSP |
| Verizon Communications Inc. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                              .

Date:   02/07/2025                                  /s/ Reza Mirzaie
                                                    *Attorney's signature*

                                                    Reza Mirzaie CA State Bar No. 246953
                                                    *Printed name and bar number*

                                                    Russ August & Kabat
                                                    12424 Wilshire Blvd., 12th Floor
                                                    Los Angeles, CA 90025

                                                    *Address*

                                                    rmirzaie@raklaw.com
                                                    *E-mail address*

                                                    (310) 826-7474
                                                    *Telephone number*

                                                    (310) 979-8268
                                                    *FAX number*

Print     Save As...                                                          Reset