| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067 )<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474 | For Court Use Only |
|---|---|
| Attorney For: | Ref. No. or File No.:<br>HEADWATER V VERIZON ET |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT for the Eastern District of Texas

Plaintiff: Headwater Research LLC
Defendant: Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-00156 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Complaint for Patent Infringement; Civil Cover Sheet

3.  *a.  Party served:*   Cellco Partnership, d/b/a Verizon Wireless
    *b.  Person served:*   Jason Foreman, Employee, authorized to accept served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   180 Washington Valley Road, Bedminster, NJ 07921

5.  *I served the party:*
    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Feb 11, 2025 (2) at: 12:45 PM

6.  *Person Who Served Papers:*
    a. Kyle Schickner                          d. *The Fee for Service was:*  $479.81
    b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

2/11/25
_(Date)_                                        _(Signature)_



PROOF OF
SERVICE

12680902
(17102934)