| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: | Ref. No. or File No.:<br>HEADWATER V VERIZON ET | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the Eastern District of Texas |
|---|

| Plaintiff: Headwater Research LLC<br>Defendant: Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services |
|---|

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-00156 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Patent Infringement; Civil Cover Sheet

3. a. Party served:   Verizon Corporate Services Group Inc.
   b. Person served:   Jason Foreman, Employee, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   180 Washington Valley Road, Bedminster, NJ 07921

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Feb 11 2025 (2) at: 12:45 PM

6. **Person Who Served Papers:**
   a. Kyle Schickner                                    d. *The Fee for Service was:*   $325.19
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   2/11/25                              [signature]
   (Date)                                (Signature)



PROOF OF SERVICE

12680965
(17102948)