## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP INC.,<br><br>*Defendants*. | Case No. 2:25-cv-00156<br><br>JURY TRIAL DEMANDED |

## **VERIZON DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. (collectively, "Verizon" or "Verizon Defendants") make this Corporate Disclosure Statement.

Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. are, directly or indirectly, wholly-owned by Verizon Communications Inc.

Verizon Communications Inc. is a publicly held company.  No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.  Verizon Communications Inc. denies that it is subject to venue and jurisdiction in this court.

Dated: April 18, 2025

*/s/ Kevin P. Anderson*
Deron R Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705.1117

Kevin P. Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave. NW, Suite 700-East
Washington, DC 20001
Telephone: 202.776.7800
Facsimile: 202.478.2811

*Counsel for Verizon Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all counsel of record via ECF and electronic mail on April 18, 2025.

*/s/ Kevin P. Anderson*