# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC.,**<br><br>    **Defendants.** | Civil Action No. 2:25-cv-00156<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| **HEADWATER RESEARCH LLC,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**T-MOBILE USA, INC., AND SPRINT LLC,**<br><br>    **Defendants.** | Civil Action No. 2:25-cv-00164<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| **HEADWATER RESEARCH LLC,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>    **Defendants.** | Civil Action No. 2:25-cv-00215<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION REGARDING SUBSTITUTION OF AT&T CORP.

Plaintiff Headwater Research LLC ("Headwater") and Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. (now known as AT&T Enterprises, LLC) ("Defendants")

1

by and through their undersigned counsel, hereby respectfully submit the following stipulation and request for an order substituting AT&T Corp. with its successor-in-interest AT&T Enterprises, LLC.

WHEREAS on February 18, 2025, Headwater filed suit against the Defendants for alleged infringement of U.S. Patent Nos. 11,966,464, 11,985,155, 8,639,935, 8,832,777, and 9,973,930 (the "Patents-in-Suit") in the Eastern District of Texas, Case No. 2:25-cv-00215.

WHEREAS the Defendants represent and warrant that in 2024 AT&T Corp. underwent a corporate restructuring pursuant to which, though a series of transactions, AT&T Corp. merged with and into AT&T Enterprises, Inc., which then converted to AT&T Enterprises, LLC. As a result of these transactions, AT&T Enterprises, LLC became the successor-in-interest to AT&T Corp.[1];

WHEREAS, in order to avoid burdening the Court and the parties with motion practice, the parties have agreed to substitute AT&T Enterprises, LLC as a defendant in place of its predecessor-in-interest AT&T Corp. as if AT&T Enterprises, LLC (as a successor-in-interest to AT&T Corp.) had been originally named as a defendant;

IT IS THEREFORE STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The parties agree to substitute AT&T Enterprises, LLC as a defendant in place of its predecessor-in-interest AT&T Corp., and that such substitution relates back as if AT&T

---

[1] For purposes of clarification, the description of AT&T Enterprises, LLC as the successor-in-interest to AT&T Corp., and AT&T Corp. as the predecessor-in-interest to AT&T Enterprises, LLC in this Stipulation and the accompanying proposed order is not a concession by the AT&T Defendants that AT&T Enterprises, LLC or AT&T Corp. have or had any interest or role in the subject matter of the AT&T Action; to the contrary, the AT&T Defendants dispute that AT&T Corp. or AT&T Enterprises, LLC have any interest or role in the facts or matters at issue in the action.

Enterprises, LLC (as a successor-in-interest to AT&T Corp.) was originally named as a defendant and as contemplated by Federal Rule of Civil Procedure 15(c).

3

| | |
|---|---|
| Date: April 28, 2025<br>/s/ Reza Mirzaie<br>Marc Fenster<br>CA State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Email: rmirzaie@raklaw.com<br>Brian Ledahl<br>CA State Bar No. 186579<br>Email: bledahl@raklaw.com<br>Ben Wang<br>CA State Bar No. 228712<br>Email: bwang@raklaw.com<br>Dale Chang<br>CA State Bar No. 248657<br>Email: dchang@raklaw.com<br>Paul Kroeger<br>CA State Bar No. 229074<br>Email: pkroeger@raklaw.com<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Email: nrubin@raklaw.com<br>Kristopher Davis<br>CA State Bar No. 329627<br>Email: kdavis@raklaw.com<br>James S. Tsuei<br>CA State Bar No. 285530<br>Email: jtsuei@raklaw.com<br>Philip Wang<br>CA State Bar No. 262239<br>Email: pwang@raklaw.com<br>Jason M. Wietholter<br>CA State Bar No. 337139<br>Email: jwietholter@raklaw.com<br>Ryan K. Lundquist<br>CO State Bar No. 56449<br>Email: rlundquist@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Blvd. 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474<br><br>**ATTORNEYS FOR PLAINTIFF, HEADWATER RESEARCH LLC** | Respectfully submitted,<br>/s/ Nicholas Mathews<br>Nicholas Mathews (Lead Counsel)<br>Texas State Bar No. 24085457<br>nmathews@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Kevin Hess<br>Texas State Bar No. 24087717<br>khess@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8752<br><br>Deron R. Dacus<br>State Bar No. 00790553<br>ddacus@dacusfirm.com<br>**THE DACUS FIRM, PC**<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Telephone: (903)705-1117<br>Facsimile: (903) 581-2543<br><br>**AT&T ENTERPRISES, LLC, AT&T MOBILITY LLC, AND AT&T SERVICES INC.** |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 28, 2025

                                             /s/ *Nicholas Mathews*
                                             Nicholas Mathews