IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>Defendants. | Civil Action No. 2:25-cv-00156<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., AND SPRINT LLC,<br><br>Defendants. | Civil Action No. 2:25-cv-00164<br><br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,<br><br>Defendants. | Civil Action No. 2:25-cv-00215<br><br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, AT&T Corp., AT&T Mobility LLC, and AT&T Services Inc. ("Defendants") provide the following Disclosures:

1

AT&T Corp. has undergone a corporate restructuring and is now merged with and into AT&T Enterprises, Inc., which was then converted to AT&T Enterprises, LLC.

AT&T Enterprises, LLC is a Delaware limited liability company, whose sole member is AT&T Wireline Holdings, LLC. AT&T Wireline Holdings, LLC is a Delaware limited liability company, whose sole member is AT&T DW Holdings, Inc. AT&T DW Holdings, Inc., a New York corporation, is a wholly-owned subsidiary of BellSouth Mobile Data, Inc. BellSouth Mobile Data, Inc., a Georgia corporation, is a wholly-owned subsidiary of AT&T Inc. AT&T Enterprises, LLC, is the successor-in-interest to AT&T Corp.

AT&T Mobility LLC, a Delaware limited liability company, is owned by the following companies: SBC Long Distance, LLC; AT&T Investment & Tower Holdings, LLC; BellSouth Mobile Data, Inc.; and New Cingular Wireless Services, Inc.

AT&T Services, Inc., a Delaware corporation, is a wholly-owned subsidiary of AT&T Inc.

None of the foregoing companies other than AT&T Inc. is a publicly traded company.

All of the foregoing companies other than AT&T Inc. are direct or indirect subsidiaries of AT&T Inc. AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. To the best of AT&T Inc.'s knowledge, there is no one person or group that owns 10% or more of the stock of AT&T Inc. AT&T Inc. has no parent corporation.

Dated: April 28, 2025

Respectfully submitted,

/s/ *Nicholas Mathews*
Nicholas Mathews (Lead Counsel)
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin Hess
Texas State Bar No. 24087717
khess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

**AT&T ENTERPRISES, LLC, AT&T MOBILITY LLC, AND AT&T SERVICES INC.**

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 28, 2025

/s/ *Nicholas Mathews*
Nicholas Mathews