AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Headwater Research LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-00156-JRG-RSP |
| Cellco Partnership d/b/a Verizon Wireless et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                 .

Date:   05/14/2025

/s/ James Pickens
*Attorney's signature*

James Pickens CA Bar No. 307474
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

jpickens@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 979-8268
*FAX number*