IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC.,**<br><br>Defendants. | Civil Action No. 2:25-cv-00156<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**T-MOBILE USA, INC., AND SPRINT LLC,**<br><br>Defendants. | Civil Action No. 2:25-cv-00164<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No. 2:25-cv-00215<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Christian Hurt is entering an appearance for AT&T Services, Inc. AT&T Mobility LLC, and AT&T Corp. ("AT&T" or "Defendant") in the 2:25-cv-00215 Member Case:

Christian Hurt
TX State Bar No. 24059987
churt@mckoolsmith.com
**McKool Smith, PC**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Mr. Hurt is currently admitted to practice in the Eastern District of Texas.

Dated: May 21, 2025

Respectfully submitted,

/s/ *Christian Hurt*
Christian Hurt
Texas State Bar No. 24059987
churt@McKoolSmith.com
**McKool Smith, P.C.**
300 Crescent Ct., Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEY FOR DEFENDANT AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 21, 2025.

/s/ *Christian Hurt*
Christian Hurt