UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>Cellco Partnership d/b/a Verizon Wireless *et al,*<br><br>*Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:25-cv-00156-JRG-RSP<br><br>(Lead Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>T-MOBILE USA, INC *et al,*<br><br>*Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:25-cv-00164-JRG-RSP<br><br>(Member Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>AT&T SERVICES, INC. *et al*<br><br>*Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:25-cv-00215-JRG-RSP<br><br>(Member Case) |

**JOINT MOTION FOR ENTRY OF AMENDED**
**DOCKET CONTROL ORDER**

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Cellco Partnership d/b/a Verizon Wireless *et al*., T-MOBILE USA, INC *et al*, and AT&T SERVICES, INC. *et al*, (collectively, "Defendants"), (collectively, the "Parties") file this Joint Motion for Amendment to the Docket Control Order.

The current deadlines for Headwater to exchange their comply with P.R. 3-1 & 3-2

disclosures was May 14, 2025. Defendants previously agreed to extend that deadline to May 28, 2025, and Headwater served its P.R. 3-1 & P.R. 3-2 Infringement Contentions on May 28, 2025. The deadline for Defendants' P.R. 3-3 & 3-4 contentions is July 9, 2025. The parties have agreed to extend that deadline to August 21, 2025. Additionally, the current deadline to file the Proposed Discovery Order in this case is June 11, 2025. The Parties have been diligently preparing these materials and respectfully request a brief extension of time to finalize these materials. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, the Parties respectfully request that the Court extend the deadline for the respective parties as described above and as reflected in the proposed Docket Control Order.

Dated: June 11, 2025

Respectfully submitted,

/s/ Nicholas Mathews
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Christian Hurt
Texas State Bar No. 24059987
churt@mckoolsmith.com
Erik Fountain
Texas State Bar No. 24097701
efountain@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin Hess
Texas State Bar No. 24087717
khess@mckoolsmith.com
George T. Fishback, Jr.
Texas State Bar No. 24120823
gfishback@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100

/s/ Jason Wietholter
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627

Austin, TX 78701
Telephone: (512) 692-8752

Sean O'Leary
Texas State Bar No. 24138326
soleary@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

**ATTORNEYS FOR AT&T CORP., AT&T MOBILITY LLC, AND AT&T SERVICES, INC**.

Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Ryan K. Lundquist
CO State Bar No. 56449
Email: rlundquist@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

*Attorneys for Plaintiff,*
*Headwater Research LLC*

*/s/ Deron R. Dacus*
Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705.1117

Kevin P. Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave. NW, Suite 700-East
Washington, DC 20001
Telephone: 202.776.7800
Facsimile: 202.478.2811

*Counsel for Verizon Defendants*

*/s/ Melissa Richards Smith*
Melissa Richards Smith

3

TBN 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone:  903.934.8450
Facsimile:  903.934.9257

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W.
Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776-5213

*Counsel for T-Mobile Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 11th day of June 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jason Wietholter*
Jason Wietholter

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Jason Wietholter*
Jason Wietholter
