# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>Cellco Partnership d/b/a Verizon Wireless *et al,*<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00156-JRG-RSP<br><br>(Lead Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>T-MOBILE USA, INC *et al,*<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00164-JRG-RSP<br><br>(Member Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>AT&T SERVICES, INC. *et al*<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00215-JRG-RSP<br><br>(Member Case) |

**JOINT MOTION FOR ENTRY OF AMENDED
DOCKET CONTROL ORDER**

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Cellco Partnership d/b/a Verizon Wireless *et al.*, T-MOBILE USA, INC *et al*, and AT&T SERVICES, INC. *et al*, (collectively, "Defendants"), (collectively, the "Parties") file this Joint Motion for Amendment to the Docket Control Order.

The current deadlines the current deadline to file the Proposed Discovery Order and

Proposed Protective Order in this case is June 18, 2025. The Parties have been diligently preparing these materials and respectfully request a brief extension of time (one week) to finalize these materials. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, the Parties respectfully request that the Court extend the deadline for the respective parties as described above and as reflected in the proposed Docket Control Order.

Dated: June 17, 2024

Respectfully submitted,

*/s/ Nicholas Mathews*
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Christian Hurt
Texas State Bar No. 24059987
churt@mckoolsmith.com
Erik Fountain
Texas State Bar No. 24097701
efountain@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin Hess
Texas State Bar No. 24087717
khess@mckoolsmith.com
George T. Fishback, Jr.
Texas State Bar No. 24120823
gfishback@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752

Sean O'Leary
Texas State Bar No. 24138326
soleary@mckoolsmith.com

*/s/ Jason Wietholter*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

2

**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

**ATTORNEYS FOR AT&T CORP., AT&T MOBILITY LLC, AND AT&T SERVICES, INC**.

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.

Texas State Bar No. 00787165
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com

*Attorneys For Plaintiff,*
*Headwater Research LLC*

*/s/ Deron R. Dacus*
Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705.1117

Kevin P. Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave. NW, Suite 700-East
Washington, DC 20001
Telephone: 202.776.7800
Facsimile:  202.478.2811

*Counsel for Verizon Defendants*

*/s/ Melissa Richards Smith*
Melissa Richards Smith
TBN 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone:  903.934.8450

Facsimile: 903.934.9257

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W.
Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776-5213

*Counsel for T-Mobile Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of June 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Christian Hurt
Christian Hurt

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

/s/ Christian Hurt
Christian Hurt