# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff and Counterclaim-Defendant*, <br><br> v. <br><br> Cellco Partnership d/b/a Verizon Wireless *et al,* <br><br> *Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00156-JRG-RSP <br><br> (Lead Case) |
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff and Counterclaim-Defendant*, <br><br> v. <br><br> T-MOBILE USA, INC *et al,* <br><br> *Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00164-JRG-RSP <br><br> (Member Case) |
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff and Counterclaim-Defendant*, <br><br> v. <br><br> AT&T SERVICES, INC. *et al* <br><br> *Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00215-JRG-RSP <br><br> (Member Case) |

**JOINT MOTION FOR ENTRY OF**
**PROTECTIVE ORDER & DISCOVERY ORDER**

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Cellco Partnership d/b/a Verizon Wireless *et al.*, T-Mobile USA, Inc. *et al*, and AT&T Services, Inc. *et al*, (collectively, "Defendants"), (collectively, the "Parties") file this Joint Motion for entry of the proposed Protective Order, attached as Exhibit A, and the proposed Discovery Order, attached as Exhibit B.

| | |
|---|---|
| Dated: July 2, 2025 | Respectfully submitted, |
| | |
| */s/ Christian Hurt* | */s/ Jason Wietholter* |
| Nicholas Mathews | Marc Fenster |
| Texas State Bar No. 24085457 | CA State Bar No. 181067 |
| nmathews@McKoolSmith.com | Reza Mirzaie |
| Christian Hurt | CA State Bar No. 246953 |
| Texas State Bar No. 24059987 | Brian Ledahl |
| churt@mckoolsmith.com | CA State Bar No. 186579 |
| Erik Fountain | Ben Wang |
| Texas State Bar No. 24097701 | CA State Bar No. 228712 |
| efountain@mckoolsmith.com | Paul Kroeger |
| **MCKOOL SMITH, P.C.** | CA State Bar No. 229074 |
| 300 Crescent Court Suite 1500 | Neil A. Rubin |
| Dallas, TX 75201 | CA State Bar No. 250761 |
| Telephone: (214) 978-4000 | Kristopher Davis |
| Telecopier: (214) 978-4044 | CA State Bar No. 329627 |
| | James S. Tsuei |
| Kevin Hess | CA State Bar No. 285530 |
| Texas State Bar No. 24087717 | Philip Wang |
| khess@mckoolsmith.com | CA State Bar No. 262239 |
| George T. Fishback, Jr. | James Milkey |
| Texas State Bar No. 24120823 | CA State Bar No. 281283 |
| gfishback@mckoolsmith.com | Jason M. Wietholter |
| **MCKOOL SMITH, P.C.** | CA State Bar No. 337139 |
| 303 Colorado Street, Suite 2100 | RUSS AUGUST & KABAT |
| Austin, TX 78701 | 12424 Wilshire Blvd. 12th Floor |
| Telephone: (512) 692-8752 | Los Angeles, CA 90025 |
| | Telephone: 310-826-7474 |
| Sean O'Leary | rak_headwater@raklaw.com |
| Texas State Bar No. 24138326 | |
| soleary@mckoolsmith.com | ***Attorneys For Plaintiff,*** |
| **MCKOOL SMITH, P.C.** | ***Headwater Research LLC*** |
| 600 Travis Street, Suite 7000 | |
| Houston, TX 77002 | |
| Telephone: (713) 485-7300 | |
| Telecopier: (713) 485-7344 | |
| | |
| Deron R. Dacus | |
| State Bar No. 00790553 | |
| ddacus@dacusfirm.com | |
| **THE DACUS FIRM, PC** | |
| 821 ESE Loop 323, Suite 430 | |
| Tyler, TX 75701 | |
| Telephone: (903)705-1117 | |
| Facsimile: (903) 581-2543 | |

**ATTORNEYS FOR AT&T CORP., AT&T MOBILITY LLC, AND AT&T SERVICES, INC**.


*/s/ Kevin Anderson*
Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705.1117

Kevin P. Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave. NW, Suite 700-East
Washington, DC 20001
Telephone: 202.776.7800
Facsimile:  202.478.2811

*Counsel for Verizon Defendants*

*/s/ Kevin Anderson*
Melissa Richards Smith
TBN 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone:  903.934.8450
Facsimile:  903.934.9257

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W.
Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776-5213


*Counsel for T-Mobile Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on July 2, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jason Wietholter*
Jason Wietholter

- 5 -

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

<em>/s/ Jason Wietholter</em><br>
Jason Wietholter