# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:25-CV-00156-JRG-RSP (Lead Case) |
| v. | § § | |
| CELLCO PARTNERSHIP d/b/a Verizon Wireless, et al, | § § § § | |
| *Defendants*. | § | |
| HEADWATER RESEARCH LLC, | § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:25-CV-00215-JRG-RSP (Member Case) |
| v. | § § § | |
| AT&T SERVICES INC., et al, | § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff Headwater Research LLC, and Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Enterprises, LLC.'s Joint Motion to Stay All Deadlines and Notice of Settlement between Headwater and AT&T in the above-captioned member case. **Dkt. No. 49**. The parties have represented that all matters in controversy between the parties have been settled in principle. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that all deadlines between the parties in the above-captioned member-case are stayed until September 10, 2025.

**SIGNED this 21st day of August, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE